JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRIS HICKS, | CV 14-6316 PA (SHx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's June 1, 2015 Minute Order granting the Motion for Summary Judgment filed by defendant Progressive Casualty Insurance Company ("Defendant"), which granted summary judgment to Defendant on the claim asserted by plaintiff Chris Hicks ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claim is dismissed with prejudice.

//

//

//

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: June 1, 2015

                                                    _____
                                                        Percy Anderson
                                          UNITED STATES DISTRICT JUDGE