JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS "WYATT" HICKS,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY and Does 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-06316-PA-SH<br><br>Case Assigned to Honorable Percy Anderson - Ctrm. 9<br><br>[Complaint Filed: July 16, 2014]<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Trial Date:    November 14, 2017 |

TO THE PARTIES AND THEIR ATTORNEYS:

    The court has considered the stipulation of the parties regarding settlement and dismissal with prejudice and now orders this matter be dismissed with prejudice effective November 15, 2017. The trial date of November 14, 2017 is vacated and no appearance is required of counsel.

IT IS SO ORDERED.
November 13, 2017

*[signature]*

- 1 -
**ORDER DISMISSING CASE WITH PREJUDICE**